2015 OK 83

**MULTIPLE INJURY TRUST FUND, Petitioner,**

v.

**Julie BAILEY and The Workers' Compensation Court, Respondents.**

**No. 112575.**

Supreme Court of Oklahoma.

Dec. 14, 2015.

### ORDER

¶ 1 The opinion of the Court of Civil Appeals, Division IV, filed on March 19, 2015, in the above-styled cause is vacated. The Order of the Workers' Compensation Court on January 29, 2014, is supported by competent evidence and affirmed under Rule 1.202(b).

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 14TH day of December, 2015.

REIF, C.J., COMBS, V.C.J., KAUGER, WATT, WINCHESTER, EDMONDSON, TAYLOR, GURICH, JJ., concur.

COLBERT, J., concurs in result.